IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:06-CV-1901-L |
| | § | |
| CAPTAIN J. HOWELL, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the court are the Supplemental Findings, Conclusions and Recommendations of the United States Magistrate Judge for the following motions: (1) Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, filed October 17, 2006; (2) Plaintiff's Emergency Motion for Ruling on Objections Filed and Motion for Injunctions, or in the Alternative, Petition for Writ of Mandamus Relief, filed December 12, 2006; (3) Plaintiff's Motion for Injunctive Relief and Evidentiary Hearing on Relief, filed January 5, 2007; and (4) Plaintiff's Petition for Writ of Habeas Corpus, or in the alternative, Writ of Mandamus directed to Sheriff Lupe Valdez, filed January 26, 2007. No objections to the magistrate judge's findings and conclusions were filed.

Magistrate Judge Paul D. Stickney found that Plaintiff's motion for temporary restraining order should be denied because Plaintiff has failed to establish that four factors a plaintiff must prove to be entitled to a temporary restraining order or preliminary injunction, and recommended that the temporary restraining order be denied. The magistrate judge also found that the remaining motions reiterate the arguments in Plaintiff's motion for temporary restraining order, and accordingly, should be denied as moot.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **denies** Plaintiff's Motion for Temporary Restraining Order and **denies as moot** Plaintiff's Emergency Motion for Ruling on Objections Filed and Motion for Injunctions, or in the Alternative, Petition for Writ of Mandamus Relief; Plaintiff's Motion for Injunctive Relief and Evidentiary Hearing on Relief; and Plaintiff's Petition for Writ of Habeas Corpus, or in the alternative, Writ of Mandamus directed to Sheriff Lupe Valdez.

**It is so ordered** this 20th day of April, 2007.

*[signature]*

Sam A. Lindsay
United States District Judge